IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 16-403-01 |
| v. | : | |
| | : | |
| SHAMIR KANE | : | |

# O R D E R

**AND NOW**, this **4th** day of **April, 2018,** upon consideration of Defendant Shamir Kane's Motion for Joinder (ECF No. 148), Defendant Kane's Motion in Limine to Prevent Interpretation of Telephone Calls by Law Enforcement Agents (ECF No. 241), Defendant Kane's Amended Motion to Prevent Impeachment of Defendant with Prior Conviction (ECF No. 245), and the Government's Motion to Admit Recordings (ECF No. 247), and following a telephone conference with counsel for the parties, it is hereby **ORDERED** that:

1. Defendant Kane's Motion for Joinder (ECF No. 148) is **DENIED as moot.**

2. Defendant Kane's Motion in Limine to Prevent Interpretation of Telephone Calls by Law Enforcement Agents (ECF No. 241) is **DENIED without prejudice.**

3. Defendant Kane's Amended Motion to Prevent Impeachment of Defendant with Prior Conviction (ECF No. 245) is **DENIED without prejudice.**

4. The Government's Motion to Admit Recordings (ECF No. 247) is **GRANTED as unopposed.**

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.